TechnipFMC plc (FTI). CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

| **Submission Date** | 2017-08-02 14:14:24 |
| --- | --- |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.
2. I have reviewed a Complaint against TechnipFMC plc (FTI).  ("TechnipFMC" or the "Company"), and authorize the filing of a motion on my behalf for appointment as lead plaintiff.
3. I did not purchase or acquire TechnipFMC securities at the direction of counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.
4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired TechnipFMC securities during the Class Period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.
5. To the best of my current knowledge, the transactions set forth below represent all of my transactions in TechnipFMC securities during the Class Period as specified in the Complaint.
6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve or served as a representative party on behalf of a Class under the federal securities laws.
7. I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class as ordered or approved by the Court.
8. I declare, under penalty of perjury, that the foregoing is true and correct.

| **My Products** | |
| --- | --- |
| **Print Name** | Joseph Prause |

**Acquisitions:**

| Date Acquired MM/DD/YYYY | Number of Shares Acquired | Price per Share Acquired |
| --- | --- | --- |
| 05/11/2017 | 300 | 31.565 |
| 05/25/2017 | 100 | 29.525 |

**Sales: (if none, write '0')**

| Date Sold MM/DD/YYYY | Number of Shares Sold | Price per Share Sold |
| --- | --- | --- |
| 0 | 0 | 0 |

**Draw your signature using your mouse.**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Please continue to the next page of certification below.

| Full Name | Joseph Prause |
|---|---|



**TECHNIPFMC PLC (FTI)**                                                          **Prause, Joseph**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|------|------------------|------------------------|------------------------|
| 5/11/2017 | Purchase | 300 | $31.5650 |
| 5/25/2017 | Purchase | 100 | $29.5250 |