UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH PRAUSE, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:17-CV-2368 |
| | § | |
| TECHNIPFMC PLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Having considered the Joint Motion to Vacate Scheduling Order submitted by the Parties, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the Scheduling Order entered on February 20, 2018 (Dkt. 33) is VACATED. A status conference is set for December 21, 2018 at 10:00 AM.

It is so ORDERED.

June 20, 2018  _____
Date  The Honorable Alfred H. Bennett
United States District Judge