UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOSEPH PRAUSE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TECHNIPFMC PLC, TORE HALVORSEN, and DIANNE B. RALSTON,<br><br>Defendants. | Case No. 4:17-cv-02368<br><br>DECLARATION OF TERRENCE W. SCUDIERI, JR. IN SUPPORT OF CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF DISSEMINATION OF NOTICE TO THE CLASS |

I, Terrence W. Scudieri, Jr., declare as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the State of New York and before the United States Court of International Trade. I am an associate of the law firm of Pomerantz LLP, Class Counsel in the above-captioned litigation. I am over 18 years of age and I am fully competent to make this declaration. I have personal knowledge of the facts stated herein, or they are known to me in my capacity as an attorney with Pomerantz LLP, and each of them is true and correct.

2. I submit this declaration in support of the Class Representative's unopposed motion, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for: (i) preliminary approval of the proposed Settlement as set forth in the Stipulation and Agreement of Settlement dated December 13, 2020 (the "Stipulation"); (ii) approval of the form and manner of providing notice of the Settlement to the Class Members; and (iii) the scheduling of a hearing date at which the Court will consider: (a) final approval of the settlement and entry of the proposed Final Judgment Approving Class Action Settlement, (b) the Plan of Allocation of Settlement proceeds, and (c) Class Counsel's application for an award of attorneys' fees and expenses.

1

3. Attached as Exhibit 1 hereto is a true and correct copy of the Stipulation;

    a. Attached as Exhibit A thereto is a true and correct copy of the proposed Preliminary Approval Order;

    b. Attached as Exhibit A-1 thereto is a true and correct copy of the long-form Notice;

    c. Attached as Exhibit A-2 thereto is a true and correct copy of the Claim Form;

    d. Attached as Exhibit A-3 thereto is a true and correct copy of the Summary Notice;

    e. Attached as Exhibit B thereto is a true and correct copy of the proposed Final Order and Judgment;

4. Attached as Exhibit 2 hereto is a true and correct résumé of Pomerantz LLP;

5. Attached as Exhibit 3 hereto is a true and correct copy of Stefan Boettrich & Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: Full-Year Review*, NERA Economic Consulting (Jan. 29, 2019); and

6. Attached as Exhibit 4 hereto is a true and correct copy of Laarni T. Bulan & Laura E. Simmons, *Securities Class Action Settlements 2019 Review & Analysis*, Cornerstone Research.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 13, 2020  
New York, New York

By: _____  
Terrence W. Scudieri, Jr.